# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION

In Re:                                                    Case No.   12-33878
                                                          Chapter 13
Samuel & Delores Brown                                    Hon. Daniel S. Opperman

        Debtors.
_____/

## OBJECTION TO CLAIM OF THE STATE OF MICHIGAN

    NOW COME the Debtors, Samuel & Delores Brown, by and through their counsel, Bankruptcy Law Office with George E. Jacobs, and for their Objection states as follows:

    1.  That the State of Michigan filed a proof of claim on or about January 19, 2013 alleging priority tax of $14,17.96.  Of that amount $1038.11 was estimated tax and interest for 2011. (Exhibit "B").

    2.  That the actual amount owed to the State of Michigan is $379.85 per the attached tax return for 2011 (Exhibit "C").

    WHEREFORE, Debtors requests this Honorable Court sustain their Objection to the Claim of the State of Michigan and limit the priority claim to $379.85. (Exhibit "A").

                                                Respectfully submitted,

Dated:      11-10-14                    /s/ *George E. Jacobs*
                                                    George E. Jacobs (P3888)
                                                    Attorney for Debtor(s)
                                                    2425 S. Linden Rd. Ste. C
                                                    Flint, MI 48532
                                                    (810) 720-4333
                                                    george@bklawoffice.com